**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

| | |
|---|---|
| IN RE: Diggs v. DITECH FINANCIAL LLC | CASE NO.: 19–01255–jlg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: | CHAPTER: 0 |

## NOTICE TO INTERESTED PARTY

Please Contact Chambers regarding your case.

Willie Rodriguez
Courtroom Deputy to Honorable James L. Garrity, Jr.
212–284–4097

Dated: November 8, 2019                    Vito Genna
                                            Clerk of the Court